## **STATEMENT OF FACTS**

     On November 12, 2005, at about 9:34 a.m., sworn officers with the Metropolitan Police Department received a radio run for a disorderly at xxxx Xxxxxxx Xxxx, X.X., Apt. X-xx, Washington, D.C. The dispatcher informed officers that the defendant, Kevin Ellis was in the home in the rear bedroom with drugs. Officers went to the rear bedroom and asked the defendant if they could talk with him. When the defendant got up from the chair he was seated in, officers saw a ziplock bag containing a green leafy substance, which appeared to be marijuana. Officers asked the defendant's mother if she knew of any other drugs in the apartment, and the mother directed officers to a dresser drawer. Inside the drawer was two clear ziplock bags containing a white rocky substance underneath a bunch of balled up socks. The white rocky substance appeared to be crack cocaine. A portion of the white rocky substance field tested positive for cocaine, and a portion of the green leafy substance field tested positive for THC. Officers placed the defendant under arrest. The approximate weight of the suspected crack cocaine was 72 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

 

_____
OFFICER JOSEPH AUSTIN
FIRST DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON
THIS ___ DAY OF NOVEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE